```
1  BENJAMIN K. RILEY (SBN 112007)
     briley@bzbm.com
2  KERRY L. DUFFY (SBN 233160)
     kduffy@bzbm.com
3  BARTKO ZANKEL BUNZEL & MILLER
   A Professional Law Corporation
4  One Embarcadero Center, Suite 800
   San Francisco, California 94111
5  Telephone: (415) 956-1900
   Facsimile:  (415) 956-1152
6
   Attorneys for Plaintiff
7  RICCARDO SILVA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: SUBPOENA TO REDDIT, INC. | Case No. 3:23-mc-80119 <br><br> (Originating Case: Silva v. Doe 1, et al., S.D. Fla. 1:22-cv-24262-RKA) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF RICCARDO SILVA'S MOTION TO COMPEL THIRD-PARTY REDDIT, INC. TO RESPOND TO SUBPOENA** |
|---|---|

The Motion of Plaintiff Riccardo Silva ("Plaintiff") for an order compelling third-party Reddit, Inc. ("Reddit") to produce the documents and information requested in Plaintiff's Subpoena, served on Reddit on March 31, 2023 ("Motion to Compel"), came on for hearing on this ____ day of _____, 2023, before _____. The matter having been submitted, based on the supporting and opposing papers, the record evidence, and all related documents filed with the Court in connection with this motion, as well as oral arguments at the hearing, and good cause appearing therefor, the Court hereby ORDERS as follows:

1    Plaintiff's Motion to Compel is GRANTED.  On a motion to compel a service provider to
2 produce information that could potentially reveal the identity of an anonymous speaker, the party
3 seeking the information must first "persuade the court that there is a real evidentiary basis for
4 believing that the defendant has engaged in wrongful conduct that has caused real harm to the
5 interests of the plaintiff." *Music Grp. Macao Com. Offshore Ltd. v. Does*, 82 F. Supp. 3d 979, 983
6 (N.D. Cal. 2015) (citing *Highfields Cap. Mgmt., L.P. v. Doe*, 385 F. Supp. 2d 969, 975-76 (N.D.
7 Cal. 2005).  The Court is so persuaded.

8    The Court further finds that Plaintiff Silva has satisfied the applicable legal requirements
9 under the First Amendment for the requested discovery by making a *prima facie* showing on the
10 merits of his claim and further finds that the balance of the equities, weighing the potential harm
11 to Mr. Silva against the speaker's interest in anonymity, favors disclosure here.  See e.g., *In re*
12 *DMCA § 512(h) Subpoena to Twitter, Inc.*, 608 F. Supp.3d 868, 876.

13    Finally, the service provider (*e.g.*, Reddit) has represented that it has transmitted notice of
14 the subpoena and this motion to compel proceeding to the anonymous speaker based on the
15 available information for the account.

16    Accordingly, the First Amendment safeguards have been met, and Reddit is ordered to
17 comply with the Subpoena and provide the requested information and documents.

19    **IT IS SO ORDERED.**

20 Dated: _____         _____
                                 UNITED STATES DISTRICT COURT JUDGE