BENJAMIN K. RILEY (SBN 112007)
  *briley@bzbm.com*
KERRY L. DUFFY (SBN 233160)
  *kduffy@bzbm.com*
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Plaintiff
RICCARDO SILVA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *IN RE: SUBPOENA TO REDDIT, INC.* | Case No. 3:23-mc-80119 |
|  | (Originating Case: Silva v. Doe 1, et al., S.D. Fla. 1:22-cv-24262-RKA) |
|  | **CERTIFICATE OF SERVICE** |

3036.000/1840425.1

## <u>CERTIFICATE OF SERVICE</u>

I, Kerry L. Duffy, hereby certify that on this 19th day of April, 2023, a copy of the foregoing

- **PLAINTIFF RICCARDO SILVA'S NOTICE OF MOTION AND MOTION TO COMPEL THIRD-PARTY REDDIT, INC. TO RESPOND TO SUBPOENA; MEMORANDUM IN SUPPORT;**

- **DECLARATION OF ADAM STOLZ IN SUPPORT OF PLAINTIFF RICCARDO SILVA'S MOTION TO COMPEL THIRD-PARTY REDDIT, INC. TO RESPOND TO SUBPOENA;**

- **DECLARATION OF KERRY L. DUFFY IN SUPPORT OF PLAINTIFF RICCARDO SILVA'S MOTION TO COMPEL THIRD-PARTY REDDIT, INC. TO RESPOND TO SUBPOENA; AND**

- **[PROPOSED] ORDER GRANTING PLAINTIFF RICCARDO SILVA'S MOTION TO COMPEL THIRD-PARTY REDDIT, INC. TO RESPOND TO SUBPOENA**

was served via email, on the following:

| | |
|---|---|
| JOHN ROCHE | Attorneys for Third Party |
| PERKINS COIE LLP | REDDIT, INC. |
| 700 Thirteenth Street, N.W. Suite 800 | |
| Washington, DC 20005-3960 | |
| Tel.: (202) 434-1627 | |
| Email: JRoche@perkinscoie.com | |

| | |
|---|---|
| PAUL THANASIDES | Attorneys for |
| MCINTYRE THANASIDES | MOBILE BILLBOARDS, INC. |
| 500 E Kennedy Blvd Ste. 200 | (Defendant in *Silva v. Doe 1, et al.*, S.D. Fla., |
| Tampa, FL 33602 | Case No. 1:22-cv-24262-RKA) |
| Tel: (813) 223-0000 | |
| Email: Paul@mcintyrefirm.com | |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address kduffy@bzbm.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

/ / /

/ / /

/ / /

/ / /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 19, 2023, at El Dorado Hills, California.

*/s/ Kerry L. Duffy*
Kerry L. Duffy

3036.000/1840425.1

CERTIFICATE OF SERVICE