BENJAMIN K. RILEY (SBN 112007)
  briley@bzbm.com
KERRY L. DUFFY (SBN 233160)
  kduffy@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Plaintiff
RICCARDO SILVA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SUBPOENA TO REDDIT, INC. | Case No. 4:23-mc-80119-KAW<br><br>(Originating Case: *Silva v. Doe 1, et al.*, S.D. Fla. 1:22-cv-24262-RKA)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF RICCARDO SILVA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER CIVIL LOCAL RULES 3-12 AND 7-11** |

On April 28, 2023, Plaintiff Riccardo Silva ("Plaintiff") filed his Administrative Motion to Consider Whether Cases Should Be Related under Civil Local Rules 3-12 and 7-11 (the "Administrative Motion"), asking the Court to consider whether *In Re: Subpoena to X Corp., Successor in Interest to Twitter, Inc.*, Case No. 4:23-mc-80122-DMR, filed on April 20, 2023, should be related to *In Re: Subpoena to Reddit, Inc.*, Case No. 4:23-mc-80119-KAW, filed on April 19, 2023.

The Court finds that these cases "concern substantially the same parties, property, transaction or event" and "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civ. L.R. 3-12(a). Normally, this would result in the higher-numbered case being assigned to this

1  Court. Civ. L.R. 3-12(f)(3). However, the Court has exercised its discretion to direct that instead
2  the present case of *In Re: Subpoena to Reddit, Inc.*, Case No. 4:23-mc-80119-KAW shall be
3  re-assigned to Magistrate Judge Ryu, given the unavailability of this Court during June 2023, and
4  the importance of the requested discovery to litigation pending in another State. Therefore,
5  pursuant to Civil Local Rules 3-12 and 7-11, and good cause being shown therefrom, the Court:

6        GRANTS Plaintiff's Administration Motion and finds: (1) *In Re: Subpoena to X Corp.,*
7  *Successor in Interest to Twitter, Inc.*, Case No. 4:23-mc-80122-DMR is related to the earlier filed
8  matter, *In Re: Subpoena to Reddit, Inc.*, Case No. 4:23-mc-80119-KAW; and (ii) the earlier filed
9  matter, Case No. 4:23-mc-80119-KAW shall be re-assigned to Magistrate Judge Ryu so that the
10 two related actions may more swiftly be adjudicated by the same Magistrate Judge.

11       ACCORDINGLY, the Clerk is directed to reassign the present case of *In Re: Subpoena to*
12 *Reddit, Inc.*, Case No. 4:23-mc-80119-KAW to Magistrate Judge Ryu.

14       **IT IS SO ORDERED.**

16 DATED: _____, 2023

                                                  United States District Judge