BENJAMIN K. RILEY (SBN 112007)
  briley@bzbm.com
KERRY L. DUFFY (SBN 233160)
  kduffy@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Plaintiff
RICCARDO SILVA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SUBPOENA TO REDDIT, INC. | Case No. 4:23-mc-80119-KAW <br><br> (Originating Case: Silva v. Doe 1, et al., S.D. Fla. 1:22-cv-24262-RKA) <br><br> **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, Maggie M. Lopez, hereby certify that on this 28th day of April, 2023, a copy of the foregoing

- **PLAINTIFF RICCARDO SILVA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER CIVIL LOCAL RULES 3-12 AND 7-11;**

- **DECLARATION OF KERRY L. DUFFY IN SUPPORT OF PLAINTIFF RICCARDO SILVA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER CIVIL LOCAL RULES 3-12 AND 7-11 (WITH EXHIBITS 1-4); AND**

- **[PROPOSED] ORDER GRANTING PLAINTIFF RICCARDO SILVA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER CIVIL LOCAL RULES 3-12 AND 7-11**

was served via email, on the following:

| | |
|---|---|
| JOHN ROCHE<br>PERKINS COIE LLP<br>700 Thirteenth Street, N.W. Suite 800<br>Washington, DC 20005-3960<br>Tel.: (202) 434-1627<br>Email: JRoche@perkinscoie.com | Attorneys for Third Party<br>REDDIT, INC. |
| JULIE E. SCHWARTZ<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo, CA 94304<br>Tel: (650) 838-4490<br>Email: JSchwartz@perkinscoie.com | Attorneys for Third Party<br>REDDIT, INC. |
| PAUL THANASIDES<br>MCINTYRE THANASIDES<br>500 E Kennedy Blvd Ste. 200<br>Tampa, FL 33602<br>Tel: (813) 223-0000<br>Email: Paul@mcintyrefirm.com | Attorneys for<br>MOBILE BILLBOARDS, INC.<br>(Defendant in *Silva v. Doe 1, et al.*, S.D. Fla., Case No. 1:22-cv-24262-RKA) |
| JONATHAN J. HAWK<br>WHITE & CASE LLP<br>555 South Flower Street Ste. 2700<br>Los Angeles, CA 90071<br>Tel: (213) 620-7741<br>Email: Paul@mcintyrefirm.com | Attorneys for Third Party<br>*TO X CORP., Successor in Interest to*<br>TWITTER, INC. |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address mlopez@bzbm.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 28, 2023, at San Francisco, California.

*/s/ Maggie M. Lopez*

Maggie M. Lopez