1  **PERKINS COIE LLP**

2  Julie E. Schwartz, Bar No. 260624
   JSchwartz@perkinscoie.com
3  PERKINS COIE LLP
   1201 3rd Ave. Ste. 4900
4  Seattle, WA 98101
   Telephone: 206.359.8000
5  Facsimile:  206.359.9000

6  Attorney for Non-Party
   REDDIT, INC.
7

8

                **UNITED STATES DISTRICT COURT**
9               **NORTHERN DISTRICT OF CALIFORNIA**
                **OAKLAND DIVISION**
10

11

12 | *In re: Subpoena Reddit, Inc.* | Case No. 4:23-mc-80119-KAW |

13 (Originating Case: *Silva v. Doe 1*, et al., S.D. Fla. 1:22-cv-24262-RKA)

14 **NOTICE OF APPEARANCE OF JULIE E. SCHWARTZ**

15

16 Judge:   Magistrate Judge Westmore

17

18

...

-1-

PLEASE TAKE NOTICE that Julie E. Schwartz of Perkins Coie LLP hereby appears as counsel for Non-Party REDDIT INC. in this action. Please serve all pleadings, orders, notices, correspondence, and other documents with regard to the above-referenced action on:

> Julie E. Schwartz, Bar No. 260624
> JSchwartz@perkinscoie.com
> PERKINS COIE LLP
> 1201 3rd Ave. Ste. 4900
> Seattle, WA 98101
> Telephone: 206.359.8000
> Facsimile:  206.359.9000

Dated:  May 3, 2023                         **PERKINS COIE LLP**

By: *s/ Julie E. Schwartz*
    Julie E. Schwartz

Attorney for Non-Party
REDDIT, INC.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served upon all counsel of record, via the Court's CM/ECF system on May 3, 2023, as follows:

| | |
|---|---|
| BENJAMIN K. RILEY (SBN 112007)<br>briley@bzbm.com<br>KERRY L. DUFFY (SBN 233160)<br>kduffy@bzbm.com<br>BARTKO ZANKEL BUNZEL & MILLER<br>A Professional Law Corporation<br>One Embarcadero Center, Suite 800<br>San Francisco, California 94111<br>Telephone: (415) 956-1900<br>Facsimile: (415) 956-1152<br><br>Attorneys for Plaintiff<br>RICCARDO SILVA | |

*/s/ Allison L. Jones*
Allison L. Jones