**PERKINS COIE LLP**

Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
1201 Third Avenue
Suite 4900
Seattle, WA 98101
Telephone: +1. 206.359.8000
Facsimile: +1.206.359.9000

Doris Alvarez-Reyes, Bar No. 340925
DAlvarezReyes@perkinscoie.com
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399

Attorneys for Non-Party
REDDIT, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| *In re: Subpoena Reddit, Inc.* | Case No. 4:23-mc-80119-KAW |
| | (Originating Case: *Silva v. Doe 1*, et al., S.D. Fla. 1:22-cv-24262-RKA) |
| | **DECLARATION OF JOHN K. ROCHE IN SUPPORT OF NON-PARTY REDDIT, INC.'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL** |

I, John K. Roche, hereby declare as follows:

1. I am a partner with the law firm Perkins Coie LLP, attorneys for Reddit, Inc. ("Reddit"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could competently testify to them.

2. Reddit is a Delaware corporation with its principal place of business in San Francisco, California. Reddit operates the reddit.com platform, a community of online communities called "subreddits" where users gather to discuss shared interests. Users generally participate on the platform pseudonymously, and Reddit does not require that users use their real names.

3. On February 10, 2023, Plaintiff served an initial subpoena on Reddit (the "Initial Subpoena"), which sought oral testimony and documents that would reveal the identity of the Reddit account, u/SOSilva7 (the "Target User"). Reddit timely objected to the Initial Subpoena, asserting amongst other things, that it infringed upon the Target User's First Amendment rights to speak anonymously, and it improperly sought compliance more than 100 miles away from Reddit's residence. The parties subsequently conferred on Reddit's objections on multiple occasions, and at the same time, Reddit provided notice of the Initial Subpoena to the Target User on February 14, 2023.

4. On March 31, 2023, Plaintiff served an Amended Subpoena (the "Amended Subpoena") on Reddit that cured the place of compliance issue, narrowed the scope of the subpoena, and only sought documents. Specifically, the Amended Subpoena, the subpoena at issue, seeks non-content basic subscriber information for the Target User. Reddit timely objected to the Amended Subpoena and re-asserted its First Amendment objection.

5. Thereafter, the parties continued their meet and confer efforts, agreeing that the Amended Subpoena only seeks non-content basic subscriber information and the only outstanding objection concerned the Target User's First Amendment rights. The parties ultimately agreed that a motion to compel would be necessary and further agreed that any motion to compel that Plaintiff filed would be limited to having the court decide the First Amendment issue.

6. On April 20, 2023, Reddit provided the Target User with notice of Plaintiff's Motion to Compel.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 2, 2023 in Washington, District of Columbia.

By: */s/ John K. Roche*
John K. Roche

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served upon all counsel of record, via the Court's CM/ECF system on May 3, 2023, as follows:

| | |
|---|---|
| BENJAMIN K. RILEY (SBN 112007)<br>briley@bzbm.com<br>KERRY L. DUFFY (SBN 233160)<br>kduffy@bzbm.com<br>BARTKO ZANKEL BUNZEL & MILLER<br>A Professional Law Corporation<br>One Embarcadero Center, Suite 800<br>San Francisco, California 94111<br>Telephone: (415) 956-1900<br>Facsimile: (415) 956-1152<br><br>Attorneys for Plaintiff<br>RICCARDO SILVA | |

*/s/ Allison L. Jones*
Allison L. Jones