1  **PERKINS COIE LLP**

2  Doris Alvarez-Reyes, Bar No. 340925
   DAlvarezReyes@perkinscoie.com
3  1888 Century Park East, Suite 1700
   Los Angeles, CA 90067-1721
4  Telephone: 310.788.9900
   Facsimile:  310.788.3399
5
   Attorney for Non-Party
6  REDDIT, INC.

7

8  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
9  **OAKLAND DIVISION**

10

11  *In re: Subpoena Reddit, Inc.* | Case No. 4:23-mc-80119-KAW

12  (Originating Case: *Silva v. Doe 1*, et al., S.D. Fla. 1:22-cv-24262-RKA)

13

14  **NOTICE OF APPEARANCE OF DORIS ALVAREZ-REYES**

15  Judge:    Magistrate Judge Westmore

-1-

PLEASE TAKE NOTICE that Doris Alvarez-Reyes of Perkins Coie LLP hereby appears as counsel for Non-Party REDDIT INC. in this action. Please serve all pleadings, orders, notices, correspondence, and other documents with regard to the above-referenced action on:

> Doris Alvarez-Reyes, Bar No. 340925
> DAlvarezReyes@perkinscoie.com
> 1888 Century Park East, Suite 1700
> Los Angeles, CA 90067-1721
> Telephone: 310.788.9900
> Facsimile:  310.788.3399

Dated:  May 3, 2023                     **PERKINS COIE LLP**

                                        By: *s/ Doris Alvarez-Reyes*
                                            Doris Alvarez-Reyes

                                        Attorney for Non-Party
                                        REDDIT, INC.

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing has been served upon all counsel of record, via the Court's CM/ECF system on May 3, 2023, as follows:

| | |
|---|---|
| BENJAMIN K. RILEY (SBN 112007)<br>briley@bzbm.com<br>KERRY L. DUFFY (SBN 233160)<br>kduffy@bzbm.com<br>BARTKO ZANKEL BUNZEL & MILLER<br>A Professional Law Corporation<br>One Embarcadero Center, Suite 800<br>San Francisco, California 94111<br>Telephone: (415) 956-1900<br>Facsimile: (415) 956-1152<br><br>Attorneys for Plaintiff<br>RICCARDO SILVA | |

*/s/ Allison L. Jones*
Allison L. Jones