1  BENJAMIN K. RILEY (SBN 112007)
     briley@bzbm.com
2  KERRY L. DUFFY (SBN 233160)
     kduffy@bzbm.com
3  BARTKO ZANKEL BUNZEL & MILLER
   A Professional Law Corporation
4  One Embarcadero Center, Suite 800
   San Francisco, California 94111
5  Telephone: (415) 956-1900
   Facsimile:  (415) 956-1152

   Attorneys for Plaintiff
7  RICCARDO SILVA

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SUBPOENA TO REDDIT, INC. | Case No. 4:23-mc-80119-KAW<br><br>(Originating Case: *Silva v. Doe 1, et al.*, S.D. Fla. 1:22-cv-24262-RKA)<br><br>**ORDER GRANTING PLAINTIFF RICCARDO SILVA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER CIVIL LOCAL RULES 3-12 AND 7-11** |

On April 28, 2023, Plaintiff Riccardo Silva ("Plaintiff") filed his Administrative Motion to Consider Whether Cases Should Be Related under Civil Local Rules 3-12 and 7-11 (the "Administrative Motion"), asking the Court to consider whether *In Re: Subpoena to X Corp., Successor in Interest to Twitter, Inc.*, Case No. 4:23-mc-80122-DMR, filed on April 20, 2023, should be related to *In Re: Subpoena to Reddit, Inc.*, Case No. 4:23-mc-80119-KAW, filed on April 19, 2023.

The Court finds that these cases "concern substantially the same parties, property, transaction or event" and "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civ. L.R. 3-12(a). Normally, this would result in the higher-numbered case being assigned to this

Court. Civ. L.R. 3-12(f)(3). However, the Court has exercised its discretion to direct that instead the present case of *In Re: Subpoena to Reddit, Inc.*, Case No. 4:23-mc-80119-KAW shall be re-assigned to Magistrate Judge Ryu, given the unavailability of this Court during June 2023, and the importance of the requested discovery to litigation pending in another State. Therefore, pursuant to Civil Local Rules 3-12 and 7-11, and good cause being shown therefrom, the Court:

GRANTS Plaintiff's Administration Motion and finds: (1) *In Re: Subpoena to X Corp., Successor in Interest to Twitter, Inc.*, Case No. 4:23-mc-80122-DMR is related to the earlier filed matter, *In Re: Subpoena to Reddit, Inc.*, Case No. 4:23-mc-80119-KAW; and (ii) the earlier filed matter, Case No. 4:23-mc-80119-KAW shall be re-assigned to Magistrate Judge Ryu so that the two related actions may more swiftly be adjudicated by the same Magistrate Judge.

ACCORDINGLY, the Clerk is directed to reassign the present case of *In Re: Subpoena to Reddit, Inc.*, Case No. 4:23-mc-80119-KAW to Magistrate Judge Ryu.

**IT IS SO ORDERED.**

DATED:  May 8, 2023

/s/ Kandis Westmore
United States Magistrate Judge