United States District Court
Northern District of California

1

2

3

4               UNITED STATES DISTRICT COURT

5               NORTHERN DISTRICT OF CALIFORNIA

6

7    RICCARDO SILVA,                          Case No. 4:23-mc-80119-KAW

8               Petitioner,                   **ORDER STRIKING PETITIONER'S**
                                              **REPLY BRIEF AND AMENDED**
9         v.                                  **NOTICE OF HEARING**

10   REDDIT, INC.,                            Re: Dkt. Nos. 14 & 14-1

11              Respondent.

12

13        On October 17, 2023, Petitioner Riccardo Silva filed a reply in support of his motion to

14   compel Reddit, Inc.'s compliance with the third-party subpoena, and filed an amended notice to

15   have the motion heard as early as October 19, 2023. (Mot., Dkt. No. 14; Am. Notice, Dkt. No. 14-

16   1.)[1] The motion to compel, however, was withdrawn on May 9, 2023, and Petitioner's apparent

17   attempt to have the original motion heard, without refiling, is procedurally improper. (Dkt. No.

18   11.)[2] Since there is no pending motion for which to file a reply, the reply brief (Dkt. No. 14) and

19   amended notice of hearing (Dkt. No. 14-1) are STRICKEN.

20        The parties are advised that, absent good cause shown, the undersigned is not inclined to

21   shorten time simply because the parties have agreed to do so.  Indeed, the motion to compel was

22   withdrawn more than five months ago, and Petitioner does not explain why this matter cannot be

23   heard on 35 days' notice let alone why this circumstance is so exceptional as to warrant the burden

24

25   _____
     [1] The Court notes that the reply's caption includes the related miscellaneous case, *Silva v. X Corp.,*
26   *Successor in Interest to Twitter, Inc.*, 23-mc-80122-KAW. This was improper, because the filing
     does not pertain to the related action.
27   [2] Petitioner's notice of withdrawal recognized that refiling would be required should a motion to
     compel become necessary, so the undersigned is perplexed as to why this procedure was not
28   followed. (*See* Dkt. No. 11 at 2:20-22. ("If necessary, Plaintiff will re-file and re-notice the Reddit
     and Twitter Motions to Compel including any supplemental information."))

1    shouldered by the Court to hear a matter on only two days' notice.[3]

2    Since there is no pending motion, and both parties have appeared, they are ordered to

3    further meet and confer in person or by video conference, as required by the undersigned's

4    standing order, to resolve all or part of the dispute without court intervention.  If the parties are

5    unable to resolve the matter informally, they shall file a joint discovery letter in compliance with

6    the undersigned's standing order.  The Court will not entertain another motion to compel.  Any

7    joint letter must be complete in and of itself, as the Court will not consider any prior filings in

8    resolving the dispute, and the matter will likely be resolved without oral argument.

9    IT IS SO ORDERED.

10   Dated: October 18, 2023

11   _____
     KANDIS A. WESTMORE
     United States Magistrate Judge

United States District Court
Northern District of California

---

[3] The undersigned has never heard a discovery motion on only two days' notice.

2